JUDGE LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 18-056 RSL |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER |
| v. | ) | EXTENDING TIME TO FILE |
| | ) | PRETRIAL MOTIONS TO |
| ARMANDO MORENO-SANDOVAL, | ) | APRIL 12, 2018 |
| Defendant | ) | |

This matter having come on for hearing before the Court, it appearing good cause has been shown for additional time within which to file pretrial motions and that plaintiff United States of America is not opposed to the entry of this order, it is

ORDERED that the time within which pretrial motions are to be filed is extended to April 12, 2018.

DATED this _9th_ day of April, 2018.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK,
DISTRICT COURT JUDGE

[PROPOSED] ORDER EXTENDING TIME
WITHIN WHICH TO FILE PRETRIAL MOTIONS - Page | 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003